# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00086-CV

Lillian L. Myhand, Appellant

v.

Enterprise Rent-A-Car Company of Texas, Appellee

## FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
## NO. 057768, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Lilian L. Myhand has filed an unopposed motion to "withdraw" (i.e., voluntarily dismiss) this appeal.  We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed on Appellant's Motion

Filed:   July12, 2012